**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br>**DAVID J. BRADFORD AND GERARDO L. LINARDUCCI,**<br><br>**Defendants.** | **Civil No. 1:25-cv-_____** |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT DAVID J. BRADFORD

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully asks that the Court enter, by consent, the attached judgment against Defendant David J. Bradford. In support of this motion, the SEC states as follows:

1. The SEC alleges that Bradford and Gerardo L. Linarducci committed violations of the federal securities laws in connection with a Ponzi scheme involving an entity called Drive Planning, LLC.

2. Defendant Bradford has agreed to a bifurcated resolution of the SEC's claims against him. (*See* Ex. 1 (Consent of David Bradford).)

3. Under the terms of the bifurcated settlement, Bradford consents to the entry of the attached judgment that, among other things, imposes permanent

injunctive relief now prohibiting him from violating Sections 5(a), 5(c), and 17(a) of the Securities Act of 1933 ("Securities Act"); Sections 15(a) and 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"); and Rule 10b-5 thereunder. (*See* Ex. 2 (Judgment as to David Bradford).)

4. The judgment against Bradford also contemplates a future determination by the Court of the SEC's claims for monetary relief, including disgorgement, prejudgment interest, and civil penalties, following the filing of a motion by the SEC and the opportunity of Bradford to be heard on the matter. (*Id.*) Before any such motion is filed, however, counsel for the SEC and Bradford will endeavor to resolve the issue of monetary relief as well.

5. As a result, the SEC respectfully requests that the Court enter, with his consent, the attached judgment against Defendant Bradford.

6. The SEC's case against Defendant Linarducci remains ongoing and is not subject to the bifurcated settlement described in this motion.

Dated: December 19, 2025

Respectfully submitted,

/s/ Harry B. Roback

M. Graham Loomis (GA Bar No. 457868)
Pat Huddleston II (GA Bar No. 373984)
Harry B. Roback (GA Bar No. 706790)
U.S. Securities and Exchange Commission
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326

Tel: (404) 942-0690
Facsimile: (404) 842-7679
RobackH@sec.gov

Attorneys for Plaintiff

## CERTIFICATION OF COMPLIANCE

This is to certify that the foregoing was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 (B).

/s/ Harry B. Roback
Harry B. Roback

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, the foregoing was served on counsel of record for Defendants using the Court's ECF system.

/s/ Harry Roback
Harry Roback
Senior Trial Counsel
Securities and Exchange Commission