UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID J. BRADFORD AND GERARDO L. LINARDUCCI,<br><br>Defendants. | Civil No. 1:25-cv-07284-VMC |

PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT
AGAINST DEFENDANT GERARDO L. LINARDUCCI

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully asks that the Court enter, by consent, the attached judgment against Defendant Gerardo L. Linarducci ("Linarducci"). In support of this motion, the SEC states as follows:

1. The SEC alleges that Linarducci committed violations of the federal securities laws in connection with a Ponzi scheme involving an entity called Drive Planning, LLC.

2. Defendant Linarducci has agreed to a bifurcated resolution of the SEC's claims against him. (*See* Ex. 1 (Consent of Gerardo L. Linarducci).)

3. Under the terms of the bifurcated settlement, Linarducci consents to

the entry of the attached judgment that, among other things, imposes permanent injunctive relief now prohibiting him from violating Sections 5(a), 5(c), and 17(a) of the Securities Act of 1933 ("Securities Act"); Sections 15(a) and 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"); and Rule 10b-5 thereunder. (*See* Ex. 2 (Judgment as to Gerardo L. Linarducci).)

4.    The judgment against Linarducci also contemplates a future determination by the Court of the SEC's claims for monetary relief, including disgorgement, prejudgment interest, and civil penalties, following the filing of a motion by the SEC and the opportunity of Linarducci to be heard on the matter. (*Id.*)  Before any such motion is filed, however, counsel for the SEC and Linarducci will endeavor to resolve the issue of monetary relief as well.

5.    As a result, the SEC respectfully requests that the Court enter, with his consent, the attached judgment against Defendant Linarducci.

Dated: May 11, 2026          Respectfully submitted,

/s/ Pat Huddleston II
M. Graham Loomis (GA Bar No. 457868)
Pat Huddleston II (GA Bar No. 373984)
Harry B. Roback (GA Bar No. 706790)
U.S. Securities and Exchange Commission
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326
Tel:  (404) 842-7616
HuddlestonP@sec.gov

Attorneys for Plaintiff

2

## **CERTIFICATION OF COMPLIANCE**

This is to certify that the foregoing was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 (B).

/s/ *Pat Huddleson II*
Pat Huddleston II

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2026, the foregoing was served on the defendants using the Court's ECF system.

/s/ *Pat Huddleston II*

Pat Huddleston II
Senior Trial Counsel
Securities and Exchange Commission